**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| RALPH MASCI, MELANIE SESSA, AND DAMON DANKO,<br><br>    Plaintiffs,<br><br>    v.<br><br>THE CAPITAL GRILLE, GMRI, INC. D/B/A THE CAPITAL GRILLE, DARDEN RESTAURANTS, INC. D/B/A THE CAPITAL GRILLE,<br><br>    Defendants. | Civil Action No. 2:23-cv-02189 |

**INDEX OF EXHIBITS TO DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION TO COMPEL ARBITRATION AND DISMISS PLAINTIFFS' COMPLAINT**

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| A | Declaration of Jeanette Varela |
| 1 | Dispute Resolution Process Policy, dated January 2005 |
| 2 | Dispute Resolution Process Policy, dated August 2014 and revised in April 2015 |
| 3 | Operations Newsletter for the week of June 29, 2015 and Dispute Resolution Process Policy Notice distributed to employees, effective July 6, 2015 |
| 4 | Dispute Resolution Process Policy Acknowledgment Form signed by Ralph Masci, dated July 12, 2008 |

| 5 | Dispute Resolution Process Policy Acknowledgment Form signed by Melanie Sessa, dated July 12, 2008 |
| --- | --- |
| 6 | Dispute Resolution Process Policy Notice Distributed to Employees Effective July 15, 2013 Signed by Damon Danko |
| 7 | Dispute Resolution Process Policy Dated January 2013 |
| B | Declaration of Alexis Lundeen |
| 1 | Dispute Resolution Process Policy Notice distributed to employees, effective July 6, 2015 |