**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **RALPH MASCI, MELANIE SESSA, and DAMON DANKO,** | : | **CIVIL ACTION** |
| *Plaintiffs*, | : | |
| | : | |
| **v.** | : | |
| | : | |
| **THE CAPITAL GRILLE, GMRI, INC. D/B/A THE CAPITAL GRILLE DARDEN RESTAURANTS, INC. D/B/A THE CAPITAL GRILLE,** | : : : | |
| | : | |
| *Defendants.* | : | **NO. 23-2189** |

## ORDER

**AND NOW**, this **2nd** day of **January 2024**, for the reasons set forth in the accompanying Memorandum, it is **hereby ORDERED** that:

1. Defendants' Motion to Compel Arbitration (ECF No. 13) is **GRANTED**.

2. The above-captioned action is **STAYED** pending the outcome of arbitration. Counsel for Defendants shall file status reports at 90-day intervals apprising the Court of the status of arbitration proceedings.

3. The Clerk of Court is directed to **CLOSE** this case for statistical purposes only and without prejudice to the reinstatement thereof if appropriate at the conclusion of arbitration proceedings.

                **BY THE COURT:**

                **/s/ Chad F. Kenney**

                **CHAD F. KENNEY, JUDGE**